Dismissed and Memorandum Opinion filed December 1, 2005









Dismissed and Memorandum Opinion filed December 1,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01026-CV

____________

 

ALLIANCE CONSTRUCTION, INC., Appellant

 

V.

 

T.A.S. COMMERCIAL CONCRETE
CONSTRUCTION, INC., Appellee

 



 

On Appeal from the
334th District Court

 Harris County, Texas

Trial Court Cause
No.
05-19785

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 9, 2005.

On November 17, 2005, appellant filed a motion to dismiss the
appeal because the parties have reached an agreement
and appellant no longer desires to prosecute an appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 1, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.